# CASE ANNOUNCEMENTS

*February 4, 2014*

[Cite as *02/04/2014 Case Announcements*, 2014-Ohio-355.]

## MOTION AND PROCEDURAL RULINGS

**2013–0536.   State v. Spaulding.**
Summit C.P., No. CR 12 05 1508. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Summit County.

Upon consideration of appellant's motion to stay execution, it is ordered by the court that the motion is granted.

**2014–0080.   State ex rel. Beechler v. Rastatter.**
Clark App. No. 13–CA–93. This cause is pending before the court as an appeal from the Court of Appeals for Clark County.

Upon consideration of appellant's motion for appointment of counsel for oral arguments, it is ordered by the court that the motion is denied.

# CASE ANNOUNCEMENTS

*February 5, 2014*

[Cite as *02/05/2014 Case Announcements*, 2014-Ohio-368.]

## DISCIPLINARY CASES

**2004–1799 and 2007–1919.   Toledo Bar Assn. v. Lowden.**
This cause came to be heard upon respondent's response to the show-cause order issued by this court on January 13, 2014. On consideration thereof, it is ordered by the court, sua sponte, that respondent shall file with the court an update every three months, beginning from the date of this order, of the status of the production of his medical records, his evaluation by the court-approved psychiatrist for the purpose of determining whether he is fit to return to the active practice of law, and his compliance with this court's orders.